UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:16cr715 |
| | ) | 18 U.S.C. §1038(a)(1)(A) |
| v. | ) | |
| | ) | |
| **KARRY MAX TAYLOR, III** | ) | **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about January 4, 2016, in the District of South Carolina, the defendant, **KARRY MAX TAYLOR, III**, did intentionally convey false and misleading information, that is, that a bomb was planted in the parking lot of the Veterans' Affairs Medical Center in Columbia, South Carolina, under circumstances where such information was reasonably believed, that indicated such an activity had taken place, and that would constitute violations of Title 18, United States Code, Chapters 40 and 113B;

All in violation of Title 18, United States Code, Section 1038(a)(1)(A).

A _TRUE_ BILL

███████████████
FOREPERSON

_/s/ Beth Drake_
BETH DRAKE (SDH)
ACTING UNITED STATES ATTORNEY